IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMBRIN BARNES** **PLAINTIFF**
**ADC #147871**

v.   No: 4:20-cv-00693 JM-PSH

**DEXTER PAYNE,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Barnes' claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

DATED this 27th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE