# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CAMBRIN   BARNES**                                                                 **PLAINTIFF**
**ADC #147871**

**v.**                            **No: 4:20-cv-00693 JM-PSH**

**DEXTER PAYNE,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

ATED this 27th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE